IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 30 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| WILEY CURRY, | ] |
| Plaintiff, | ] CIVIL ACTION FILE NO.: |
| | ] 1:15 - CV - 0242 CAP |
| vs. | ] |
| | ] |
| SYLVIA MATHEWS BURWELL, in capacity as the Secretary of Department of Health and Humans Services, | ] |
| | ] JURY TRIAL DEMANDED |
| Defendant. | ] |

### PLAINTIFF'S APPLICATION REQUESTING APPOINTMENT OF COUNSEL

I, the above-styled and named plaintiff, do hereby swear that I am unable to pay the costs of said proceeding(s) or give security thereto, that I believe that I am entitled to redress, and that I am unable to litigate this case on my own behalf for the following reasons: *one*, I needed to testify as the main witness on direct and cross examination in the interest of justice; *two*, the level of skills necessary to full litigate this case have not been captured by me; and, *three*, I am indigent and in need of in-forma pauperis redress for filing and counseling in this case. Therefore, I, plaintiff, respectfully request the appointment of counsel in this case.

In support of this Application, I state that I have diligently searched different counselors' costs to be employed in this matter and I have realized that I cannot

afford to pay the initial costs, nor the hourly rates necessary to get counselors to just look at plaintiff's case.

In support of this Application, I also state that I have diligently follow the steps Equal Employment Opportunity Commision(EEOC) and its Office of Federal Operations(OFO's) letter's right-to-sue decision's offered to me. There were no pro bono counselors willing to work on my case freely and the legal referral service in Dekalb County, Georgia, where I'm a resident, only allow thirty(30) minutes free counseling per county resident.

I am unable to hire counselors because I'm indigent. I understand that making this Application does not excuse me from litigating my case, and that it is still my responsibility to move forward in this proceeding.

I declare that my answers to the foregoing are true and correct to the best of my understanding at the time.

Respectfully submitted on or about, the 26th day of January 2015.

_Wiley Curry_
WILEY CURRY, PLAINTIFF, Pro Se

POST OFFICE BOX 190411
ATLANTA, GEORGIA 31119-0411
TELEPHONE: (678) 663-3602
EMAIL: curryylee4444@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILEY CURRY, ] | |
| Plaintiff, ] | CIVIL ACTION FILE NO.: |
| ] | **1 :15 - CV - 0242** |
| ] | |
| vs. ] | |
| ] | |
| SYLVIA MATHEWS BURWELL, in ] | |
| capacity as the Secretary of Department ] | |
| of Health and Humans Services, ] | JURY TRIAL DEMANDED |
| Defendant. ] | |

## CERTIFICATE OF SERVICE

I hereby certify that on or about January 26th, 2015, I, Wiley Curry, file the 'Plaintiff's Application Requesting Appointment of Counsel' for the above-styled with the Clerk of the Court using the required service stated in F.R.C.P., 4.(a.)& (b.), which will send all statutory documents and filings to the following, when applicable:

>JOHN A. HORN,
>Acting UNITED STATES ATTORNEY
>NORTHERN DISTRICT OF GEORGIA(NDGA)
>RICHARD B. RUSSELL BUILDING
>75 SPRING STREET, SUITE 600
>ATLANTA, GEORGIA 30303-3309

Respectfully submitted, on or about the 26th day of January 2015.

_Wiley Curry_
WILEY CURRY, PLAINTIFF, Pro Se

POST OFFICE BOX 190411
ATLANTA, GEORGIA 31119-0411
TELEPHONE: (678) 663-3602
EMAIL: curryylee4444@yahoo.com